

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>LIZBETT MARIAM MIRANDA,<br>DEFENDANT(S). | CASE NUMBER<br><br>SA11-008M-3<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant's counsel_____, IT IS ORDERED that a detention hearing is set for _January 13, 2011_____, 2010_____, at _2:00____ ☐a.m. / ☒p.m. before the Honorable _Marc L. Goldman, United States Magistrate Judge_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ *(Other custodial officer)* and produced for the hearing.

Dated: 1/11/2011

MARC L. GOLDMAN
U.S. District Judge/Magistrate Judge